**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GREEN DESERT OIL GROUP INC.; et al., | No. 12-16054 |
| Plaintiffs - Appellants, | D.C. No. 3:11-cv-02087-CRB |
| v. | MEMORANDUM[*] |
| BP WEST COAST PRODUCTS LLC, a Delaware limited liability company; et al., | |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Charles R. Breyer, Senior District Judge, Presiding

Argued and Submitted April 10, 2014
San Francisco, California

Before: TALLMAN and CLIFTON, Circuit Judges, and DUFFY, District Judge.[**]

For the reasons stated in the district court's well reasoned order, the

dismissal of Appellants' claims against Appellee Redalix Ltd. is **AFFIRMED**.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The Honorable Kevin Thomas Duffy, United States District Judge for the Southern District of New York, sitting by designation.